IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEROY WILLIAMS, *Plaintiff,* v. SCHOOL DISTRICT OF PHILADELPIHA, *Defendant.* | CIVIL ACTION NO. 22-3313 |

### ORDER

**AND NOW**, this 12th day of May 2023, upon consideration of the School District of Philadelphia's Motion for Summary Judgment (ECF 12), Williams's Response (ECF 14), the District's Reply (ECF 15), and after having held Oral Argument (ECF 19), it is hereby **ORDERED** that the District's Motion is **GRANTED**.

The Clerk's Office shall **CLOSE** this case and **JUDGMENT** shall be entered in favor of the School District of Philadelphia.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.